```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania

In re:                                                           Case No. 16-12660-elf
Megan C. Rees                                                    Chapter 13
Richard B. Rees
        Debtors                     CERTIFICATE OF NOTICE

District/off: 0313-2         User: JeanetteG              Page 1 of 2              Date Rcvd: Jul 20, 2016
                             Form ID: pdf900              Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2016.
db/jdb         +Megan C. Rees,    Richard B. Rees,    2214 Ardmore Ave.,,    Drexel Hill, PA 19026-1516
13709871       +AFNI Subrogation Dept.,    1310 Martin Luther King Drive,,    PO Box 3068,
                 Springfield, IL 62708
13709872        Boscovs,    PO Box 71106,,   Charlotte, NC 28272-1106
13724219        Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
13709873        Capital One Bank,,    PO Box 71083,   Charlotte, NC 28272-1083
13709874        Capital One/Boscovs,    PO Box 30253,   Salt Lake City, UT 84130-0253
13709875       +CitiBank, NA,    701 E. 60th St. North,   Sioux Falls, SD 57104-0493
13709879       +KML Law Group, PC,    701 Market Street, Suite 5000,,    Philadelphia, PA 19106-1541
13709881       +MBNA,,    C/O Wolpoff & Abramson, LLP,    702 King Farm Blvd.,    Rockville, MD 20850-6536
13709883       +MIDFIRST BANK,    999 N.W. Grand Boulevard,,    Suite 100,    Oklahoma City, OK 73118-6051
13709884       +MRS Associates,    1930 Olney Ave.,,    Cherry Hill, NJ 08003-2016
13709882       +Michael P. Mayberry, PC,    11 Reese Ave.,,    PO box 83,,    Newtown Square, PA 19073-0083
13737770       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13709885        National Payment Center,    PO Box 105028,    Atlanta, GA 30348-5028
13709886       +Professional Recovery Services,    PO Box 1880,   Voorhees, NJ 08043-7880
13709888       +Sean O'Malley,    1175 Glenn Street,,    Philadelphia, PA 19115-2016
13709890        State Farm Mutual Insurance,    C/O T.L. Thompson & Assoc.,    PO Box 496149,
                 Garland, TX 75049-6149
13709891       +USA Enterprises, Inc.,    78A Tracey Rd.,,    Huntingdon Valley, PA 19006-4222
13710862       +Unifund CCR Partners, Assignee of First USA Bank,     10625 Techwoods Circle,
                 Cincinnati, OH 45242-2846
13742301       +Upper Darby Township,    c/o James D. Smith, Finance Director,    100 Garrett Road,
                 Upper Darby, PA 19082-3135
13709892        Verizon,    PO Box 920041,   Dallas, TX 75392-0041
13709893       +Verizon Wireless,    455 Duke Drive,,   Franklin, TN 37067-2701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jul 21 2016 01:15:10      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 21 2016 01:14:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 21 2016 01:15:07       U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13758055        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 21 2016 01:23:08
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13735985        E-mail/PDF: rmscedi@recoverycorp.com Jul 21 2016 01:13:45
                 Bureaus Investment Group Portfolio No 15 LLC,     c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13709876       +E-mail/Text: bankruptcynotices@dcicollect.com Jul 21 2016 01:15:23       Diversified Consultants,
                 PO Box 551268,    Jacksonville, FL 32255-1268
13709877       +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2016 01:13:55       GE Capital/Walmart,
                 PO Box 965024,    Orlando, FL 32896-5024
13709878        E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2016 01:13:55       GECRB/J C Penney,    PO Box 965007,
                 Orlando, FL 32896-5007
13761758        E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 21 2016 01:15:04       Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13709880        E-mail/Text: bnckohlsnotices@becket-lee.com Jul 21 2016 01:14:40       KOHL'S Payment Center,
                 PO Box 2983,    Milwaukee, WI 53201-2983
13709889       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 21 2016 01:13:38
                 Sherman Acquisition, LP,    15 S.Main Street,,    SU 600,    Greenville, SC 29601-2743
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13709887       ##+RJM Acquisitions, LLC,    575 Underhill Blvd., Suite 224,    Syosset, NY 11791-3416
                                                                                TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0313-2          User: JeanetteG            Page 2 of 2                  Date Rcvd: Jul 20, 2016
                              Form ID: pdf900            Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2016 at the address(es) listed below:
              JAMES D. MORAN    on behalf of Debtor Megan C. Rees jamesdmoran@hotmail.com
              JAMES D. MORAN    on behalf of Joint Debtor Richard B. Rees jamesdmoran@hotmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    FNMA REMIC TRUST et al... bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 6
```

# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MEGAN C. REES  
RICHARD B. REES

Chapter 13

Debtor

Bankruptcy No. 16-12660-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____  7-19-16  
Eric L. Frank  
Chief Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
JAMES MORAN ESQUIRE  
2230 LAND TITLE BUILDING  
100 SOUTH BROAD STREET  
PHILA, PA 19110-

Debtor:  
MEGAN C. REES  
RICHARD B. REES  
2214 ARDMORE AVE.

Drexel Hill, PA 19026